IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                      4:99CR00087-02-WRW

CHRISTOPHER SHAWN DEATON

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 18 Months at a designated Bureau of Prisons correctional facility which is to run consecutively to the undischarged term of imprisonment in the Arkansas Department of Correction. The Court recommends the defendant participate in sexual offender counseling or other appropriate counseling during incarceration.

A term of supervised release of 18 months is imposed to follow imprisonment.

Further, the defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

The defendant shall participate in mental health counseling specializing in sexual offender treatment under the guidance and supervision of the United States Probation officer and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing to aid in the treatment and supervision process. The results of the polygraph examinations may not be used as evidence in Court to prove that a violation of community supervision has occurred but may be considered in a hearing to modify release conditions. Further, the defendant shall contribute to the costs of such treatment and/or polygraph.

The defendant shall not subscribe to any internet providers nor shall he use the services of the Internet.

The United States Probation Officer will provide state officials with all information required under any sexual predator and sexual offender notification and registration statutes and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the United States Probation Officer and shall refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.

The defendant shall not be employed by a job required contact with children under the age of 18.

All previously imposed conditions of supervised release will remain in full force and effect.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 4th day of February, 2009.

    /s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE